David M. Cook, Bar # 7043
Attorney for the Debtors
716 East 4500 South, Ste. N240
Salt Lake City, UT 84107
Phone:  (801) 264-0699
Fax:      (801) 264-8494
E-mail:  cook@utlawyer.net

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| IN RE:    Audie Seljaas<br>Lesa Seljaas<br><br>Address: 82 E 700 S, Kaysville, UT 84037<br>Last four digits of Social Security No:<br>xxx-xx-4007 and xxx-xx-7678<br><br>Debtor(s). | Bankruptcy No.  14-24290<br>Chapter 13<br>Filed Electronically |
|---|---|

**Motion for Modification of Plan, Acceleration of Payments, Early Payoff & Discharge**

The Debtors, by and through Counsel, David M. Cook, hereby respectfully moves this Court for an Order Modifying the Chapter 13 Plan such that the plan payments are accelerated so that the Debtors can make a lump sum payment to pay off this bankruptcy consistent with the Order of Confirmation, so that the Debtors shall be entitled to a discharge as follows:

1. This case was filed April 25, 2014.

2. This is an over-median case.

3. The Plan was confirmed November 20, 2014, with an Order Confirming Plan entered December 19, 2014, at Docket No. 54.

4. Debtors are realizing sufficient funds from the sale of their home to pay off the balance remaining to pay off this Chapter 13 and desire to do so. A payoff quote has been requested from the Chapter 13 Trustee, together with additional commissions and

attorney's fees, so as to enable Debtors to no longer need to be in a bankruptcy case.

THEREFORE, Debtors respectfully requests that this Court modify the Chapter 13 plan to approve the acceleration of payments for early payoff and discharge, and allow $500.00 for attorney's fees as an administrative expense under 11 U.S.C. §503(b) from available funds.

DATED this July 16, 2015.

    /s/   David M. Cook
Attorney for Debtors