**This order is SIGNED.**

 

**Dated: August 11, 2015**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

David M. Cook # 7043
Attorney for the Debtors
716 East 4500 South, Ste. N240
Murray, UT 84107
Phone:  (801) 264-0699
Fax:    (801) 264-8494
E-mail:  cook@utlawyer.net

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| IN RE:    Audie Seljaas<br>Lesa Seljaas<br><br>Address: 82 E 700 S, Kaysville, UT 84037<br>Last four digits of Social Security No:<br>xxx-xx-4007 and xxx-xx-7678<br><br>Debtor(s). | Bankruptcy No.  14-24290<br>Chapter 13<br>Filed Electronically |
|---|---|

**ORDER FOR MODIFICATION OF PLAN, ACCELERATION OF PAYMENTS, EARLY PAYOFF & DISCHARGE**

---

A hearing on Debtors' Motion for Modification of Plan, Acceleration of Payments, Early Payoff and Discharge was scheduled for **August 12, 2015,** at **11:00 a.m.**  Proper notice of the hearing was given to all parties listed on Debtors' mailing matrix. Parties were further notified that objections, if any, to the relief sought by Debtors must be mailed "early enough so that the Court will receive it on or before **August 3, 2015**" and "In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing." The Trustee filed a response with no objection to the relief sought indicating

with the lump sum contribution of the excess sale proceeds from the sale of the real property and the removal of Claim Nos. 4 and 9, the return to creditors will be 100%, that the amount required to payoff the Chapter 13 Plan be turned over within 30 days and requesting all other conditions for discharge be fulfilled all of which are included in the proposed Order and no other objection or response to the relief sought by Debtors was filed, and the hearing was consequently stricken at Debtors' request. The Court, being fully advised, and with good cause appearing, hereby ORDERS that:

1. Debtors' Motion for Modification and early payoff of the Chapter 13 Plan is **granted**;

2. Upon submission of the lump sum contribution of the excess sale proceeds from the sale of the real property, the amount required to payoff the Chapter 13 Plan be turned over within 30 days and Debtors are excused from making further monthly Plan payments;

3. Any payoff funds should be mailed to the following address: Kevin R. Anderson, Chapter 13 Trustee 3082 Momentum Place, Chicago, IL. 60689-5330;

4. Once the payoff is made, upon payment and compliance with all requirements for obtaining a discharge, including filing a verification and request for discharge, Debtors shall be entitled to a discharge and the Debtors' debts shall be discharged; and

5. $500.00 for attorney's fees and costs are awarded as an administrative expense to be paid from available funds.

[END OF DOCUMENT]

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **Order for Modification of Plan, Acceleration of Payments, Early Payoff & Discharge** shall be served to the parties and in the manner designated below:
**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | | |
|---|---|---|
| Kevin R. Anderson<br>Chapter 13 Trustee<br>Via ECF | U.S. Trustee<br>Via ECF | David M. Cook<br>Via ECF |

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Audie Seljaas                                          All parties listed on Debtors' mailing matrix
Lesa Seljaas
82 E 700 S
Kaysville, UT  84037

                                                        /s/      David M. Cook