UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    Audie Seljaas and Lesa Seljaas
            Debtor(s).

Case No. 14−24290 RKM
Chapter 13

ORDER OF DISMISSAL

    Based on the Debtor(s) having failed to comply with one or more of the requirements of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules and notice having been properly given, THE COURT HEREBY ORDERS:

    The above−captioned case is dismissed without prejudice and, if there is no confirmed plan, the Trustee is directed to disburse all remaining funds on hand, if any, in compliance with Local Rule 2083−1(i). Attorney's fees in an amount up to $1000.00 are awarded less any pre−petition retainer paid to debtor's counsel, which will be disbursed pursuant to Local Rule 2083−1(i); or

    If there is a confirmed plan, all funds in this case posted to the Trustee's account on or before the date of entry of this order shall be disbursed by the Trustee according to the terms of the confirmed plan. Funds received by the Trustee after the entry of this order shall be refunded to the debtor(s).

Dated and Entered on: October 28, 2015

*R. Kimball Mosier*

United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                                 District of Utah
In re:                                                    Case No. 14-24290-RKM
Audie Seljaas                                             Chapter 13
Lesa Seljaas
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 1088-2         User: fsl                    Page 1 of 2          Date Rcvd: Oct 28, 2015
                             Form ID: f723                Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2015.
db/jdb         +Audie Seljaas,   Lesa Seljaas,   977 East Claremont,   Bountiful, UT 84010-2312
9315259        +Affordable Title Loans,   260 N 500 W,   Bountiful, UT 84010-7278
9317321       #+Audie and Lesa Seljaas,   82 E. 70 S,   Kaysville, UT 84037-3527
9315261        +BeeLine Pest Control,   1205 Flint Meadow Drive, #4,   Kaysville, UT 84037-9586
9315262        +Bowmans Market,   326 N Main,   Kaysville, UT 84037-1106
9315263         Breg Inc,   2885 Loker Ave E,   Carlsbad, CA 92010-6626
9315265        +Check N Go,   1645 West 700 North,   Suite K,   Salt Lake City, UT 84116-1963
9315268        +Davis Hospital,   PO Box 277273,   Tlanta, GA 30384-7273
9315270        +Dollar Loan Center,   1588 S 2000 W,   Syracuse, UT 84075-7141
9315271        +Dr. Pepper Murray,   1551 South Renaissance Drive, #400,   Bountiful, UT 84010-7676
9315273       #+First Choice Money Center,   371 S. State St.,   Orem, UT 84058-5423
9315274         Fit Quest Therapy & Rehab,   1496 East 5600 South Ste 4,   Ogden, UT 84403-4822
9315275        +Fresh Market,   2044 Harrison Blvd,   Ogden, UT 84401-0739
9315276         Gary L Halversen MD,   DEPT 1384,   Denver, CO 80256-1384
9315278        +Global Pay,   Attn: Bankruptcy,   Po Box 661158,   Chicago, IL 60666-1158
9315280        +James H. Woodall,   10653 River Front Parkway, Suite 290,   South Jordan, UT 84095-3530
9315283        +KCI USA,   PO Box 301328,   Dallas, TX 75303-1328
9315281        +Kaysville City Corp,   23 East Center Street,   Kaysville, UT 84037-1900
9315282         Kaysville Vet Clinic,   66 South Main, Suitee 7,   Kaysville, UT 84037
9315285        +LNV Corporation,   1 Corporate Drive, Suite 360,   Lake Zurich, IL 60047-8945
9315286         Medical Revenue Services,   PO Box 1940,   Melbourne, FL 32902-1940
9315287         Millcreek Imaging Center,   P.O. Box 404894,   Atlanta, GA 30384-4894
9412935         Navient Solutions, Inc. on behalf of USA Funds,   Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,   Wilkes Barre, PA  18773-9430
9315291        +Office of Attorney General,   University of Utah Health Care Collectio,   P.O. Box 413064,
                 Salt Lake City, UT 84141-3064
9315292         Optimum Outcomes, Inc.,   P.O. Box 660943,   Dallas, TX 75266-0943
9315293        +Papa John’s Pizza,   755 N. Highway 89,   North Salt Lake, UT 84054-1932
9315294        +Payliance,   Attention: Disputes,   3 Easton Oval Suite 210,   Columbus, OH 43219-6011
9315295         Questar Gas,   Attn: Bankruptcy -DNR244,   P.O. Box 3194,   Salt Lake City, UT 84110-3194
9315296        +R. Pepper Murray,   1551 S Renaissance Dr #400,   Bountiful, UT 84010-7676
9800987         Real Time Resolutions, Inc as Agent for,   CHECK N GO,   PO Box 566027,   Dallas, TX 75356-6027
9315302       ++SUMMERHAYS MUSIC CENTER,   5420 GREEN ST,   MURRAY UT 84123-5698
               (address filed with court: Summerhays Music,   5420 S Green St,   Murray, UT 84123)
9315298         Select Portfolio Servicing,   P.O Box 65250,   Salt Lake City, UT 84165-0250
9315301        +State Collection Services,   PO Box 6250,   Madison, WI 53716-0250
9315303        +T-Mobile / American Infosource,   PO Box 1391,   Southgate, MI 48195-0391
9315304        +Tory Hinkle,   845 S Main St., Ste. 24,   Bountiful, UT 84010-6485
9315305        +Touch Stone Financial,   1848 Hill Field Road, Suite 101,   Layton, UT 84041-2218
9315306        +UDK Solutions Inc.,   13081 S. Minutemen Drive,   Draper, UT 84020-9236
9315308        +US Fast Cash,   3531 P Street NW,   PO Box 111,   Miami, OK 74355-0111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9315260        +E-mail/Text: e-bankruptcy@americafirst.com Oct 29 2015 01:46:03     America First Credit Union,
                 P.O. Box 9199,   Ogden, UT 84409-0199
9335185         EDI: AIS.COM Oct 29 2015 01:13:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
9388202         EDI: AIS.COM Oct 29 2015 01:13:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
9481231         EDI: AIS.COM Oct 29 2015 01:13:00     American InfoSource LP as agent for,   Check N Go,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
9315264        +EDI: CAPITALONE.COM Oct 29 2015 01:08:00     Cap One,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
9315265        +EDI: CHECKNGO.COM Oct 29 2015 01:08:00     Check N Go,   1645 West 700 North,   Suite K,
                 Salt Lake City, UT 84116-1963
9315266        +Fax: 614-760-4092 Oct 29 2015 03:00:05     Checksmart,   245 West 500 South,
                 Bountiful, UT 84010-7201
9315267        +E-mail/Text: billing.cps@gmail.com Oct 29 2015 01:31:56
                 Comprehensive Phsychological Services,   1208 East 3300 South,   Salt Lake City, UT 84106-2522
9315269        +E-mail/Text: csnowden@isasishealthcare.com Oct 29 2015 01:46:23
                 Davis Hospital and Medical Center,   1600 West Antelope Drive,   Layton, UT 84041-1120
9315272        +E-mail/Text: bankruptcy@expressrecovery.com Oct 29 2015 01:32:24
                 Express Recovery Services, Inc.,   P.O. Box 26415,   Salt Lake City, UT 84126-0415
9315277        +EDI: RMSC.COM Oct 29 2015 01:08:00     Gecrb/mervyns,   Po Box 965005,   Orlando, FL 32896-5005
9315279        +E-mail/Text: jmontoya@gwcu.org Oct 29 2015 01:46:36     Goldenwest Credit Union,
                 P.O. Box 1111,   Ogden, UT 84402-1111
9315257         EDI: IRS.COM Oct 29 2015 01:08:00     Internal Revenue Service,
                 Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
9495063         EDI: JEFFERSONCAP.COM Oct 29 2015 01:08:00     Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
9315284         E-mail/Text: sabrina.goddard@kingsopenimaging.com Oct 29 2015 01:32:06
                 Kings Medical Imaging At Layton,   PO Box 641825,   Cincinnati, OH 45264-1825
```

```
District/off: 1088-2          User: fsl                Page 2 of 2              Date Rcvd: Oct 28, 2015
                              Form ID: f723            Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
9315288           E-mail/Text: jlothrop@macu.com Oct 29 2015 01:32:21      Mountain America Cu,   Po Box 9001,
                  West Jordan, UT 84084
9315289          +E-mail/Text: bankruptcydepartment@tsico.com Oct 29 2015 01:46:13      NCO Financial Systems,
                  Po Box 15270,   Wilmington, DE 19850-5270
9315290          +E-mail/Text: bgiron@ncsplus.com Oct 29 2015 01:32:17      Ntl Crdt Sys,   117 E 24th St,
                  New York, NY 10010-2937
9481169           EDI: PRA.COM Oct 29 2015 01:08:00      Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk VA 23541
9365777           EDI: AGFINANCE.COM Oct 29 2015 01:08:00       SPRINGLEAF FINANCIAL SERVICE,   PO BOX 3251,
                  EVANSVILLE, IN 47731-3251
9315299           EDI: AGFINANCE.COM Oct 29 2015 01:08:00       Springleaf Financial Services,   P.O Box 3662,
                  Evansville, IN 47735-3662
9315297          +EDI: NAVIENTFKASMSERV.COM Oct 29 2015 01:08:00      Sallie Mae,   Attn: Claims Department,
                  Po Box 9500,   Wilkes-Barre, PA 18773-9500
9315300          +EDI: HCA2.COM Oct 29 2015 01:08:00      St Mark's Hospital,   1200 East 3900 South,
                  Salt Lake City, UT 84124-1390
9315307          +E-mail/Text: collections@healthcare.utah.edu Oct 29 2015 01:46:19
                  University of Utah Health Care,   127 S 500 E Suite 420,   Salt Lake City UT 84102-1979
9315309          +E-mail/Text: jjensen@utahfirst.com Oct 29 2015 01:32:40      Utah First Credit Unio,
                  200 E South Temple,   Salt Lake City, UT 84111-1355
9315258          +EDI: UTAHTAXCOMM.COM Oct 29 2015 01:08:00      Utah State Tax Commission,
                  Attn: Bankruptcy Unit, Taxpayer Srv Div,    210 North 1950 West,
                  Salt Lake City, UT 84134-9000
9315311          +EDI: VERIZONWIRE.COM Oct 29 2015 01:08:00      Verizon Wireless,
                  Bankruptcy Administration Department,    P.O. Box 3397,   Bloomington, IL 61702-3397
9315310          +EDI: VERIZONCOMB.COM Oct 29 2015 01:08:00      Verizon Wireless,   AFNI-Verizon Wireless,
                  404 Brock Drive,   Bloomington, IL 61701-2654
9315312          +EDI: WESTASSET.COM Oct 29 2015 01:08:00      West Asset,   2703 North Highway 75,
                  Sherman, TX 75090-2567
9315313          +E-mail/Text: llund@abeomed.com Oct 29 2015 01:32:30      Western Anesthesia Associates,
                  PO Box 3810,   Salt Lake City, UT 84110-3810
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2015                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2015 at the address(es) listed below:

```
              David M. Cook    on behalf of Debtor Audie  Seljaas cook@utlawyer.net,
               cook@utcounsel.com;david@utlawyer.net;hojoatt@hotmail.com;nora@utlawyer.net;debbie@utlawyer.net;howard@utlawyer.net
              David M. Cook    on behalf of Joint Debtor Lesa  Seljaas cook@utlawyer.net,
               cook@utcounsel.com;david@utlawyer.net;hojoatt@hotmail.com;nora@utlawyer.net;debbie@utlawyer.net;howard@utlawyer.net
              James H. Woodall    on behalf of Creditor   LNV Corporation jwoodall@utahtrustee.com,
               angela@utahtrustee.com;bc@utahtrustee.com
              Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                              TOTAL: 5
```